FILED

1  Deborah B. Baker (SBN 266141)
   **LIPSCOMB, EISENBERG & BAKER, PL**
2  2 South Biscayne Boulevard
   Penthouse 3800
3  Miami, Florida 33131
   Telephone: (786) 431-2228
4  Facsimile: (786) 431-2229
   Email: dbaker@lebfirm.com
5
   Attorneys for Plaintiffs, Ventura Content, Ltd.
6  and Vista Distribution, Ltd.

7

8

9

10

2012 MAY 24   AM 10: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  VENTURA CONTENT, LTD., an
    Anguilla corporation, and VISTA
12  DISTRIBUTION, LTD., an Anguilla
    corporation,
13
              Plaintiffs,
14
         v.
15
    JOHN DOE 1, the owner of domain
16  name HISLUT.COM, JOHN DOE 2,
    the owner of domain name
17  MYHOTBOOK.COM, JOHN DOE 3,
    the owner of domain name
18  THEHOTLOOP.COM, JOHN DOE 4,
    the owner of domain name
19  SLUTLOAD.COM, JOHN DOE 5, the
    owner of domain name
20  YOUJIZZ.COM, and SNTS-INVEST
    KFT, a foreign entity,
21
              Defendants.
22

Case No. **CV 12 - 4515** -RGK
(AGRx)

**COMPLAINT**

23

24

25

26

27

28

1    Plaintiffs, VENTURA CONTENT, LTD. ("Ventura"), and VISTA
2    DISTRIBUTION, LTD. ("Vista") (singularly, each a "Plaintiff," and collectively,
3    "Plaintiffs"), sue JOHN DOE 1, who is the owner of HISLUT.COM (hereinafter
4    "HiSlut.com"), JOHN DOE 2, who is the owner of MYHOTBOOK.COM
5    (hereinafter "MyHotBook.com"), JOHN DOE 3, who is the owner of
6    THEHOTLOOP.COM (hereinafter "TheHotLoop.com"), JOHN DOE 4, who is the
7    owner of SLUTLOAD.COM (hereinafter "SlutLoad.com"), JOHN DOE 5, who is
8    the owner of YOUJIZZ.COM (hereinafter "YouJizz.com"), and SNTS-INVEST
9    KFT, who is the owner of HARDSEXTUBE.COM (hereafter either "SNTS" or
10   "HardSexTube.com") (singularly, each a "Defendant," and collectively,
11   "Defendants"), and allege:

## NATURE OF THE ACTION

13   1.    In an act of blatant piracy, John Doe Defendants 1-3 (HiSlut.com,
14   MyHotBook.com and TheHotLoop.com) have engaged in a pattern of removing
15   Plaintiffs' watermark and trademark from Plaintiffs' copyrighted motion pictures
16   and replacing them with Defendants' watermarks and trademarks.  Thereafter, John
17   Doe Defendants 4-5 and SNTS (Slutload.com, YouJizz.com and HardSexTube.com)
18   distribute the misbranded content over the internet through their respective tubesites.

19   2.    In short, Defendants are reverse palming off Plaintiffs' motion pictures
20   as their own without authorization.   Defendants are copying, reproducing,
21   distributing and performing altered versions of Plaintiffs' copyrighted motion
22   pictures wherein Plaintiff's watermark and trademark have been removed, and
23   Defendants' watermark and trademarks have been inserted in their place.

24   3.    Defendants' wrongful acts have forced Plaintiffs to file the instant
25   lawsuit asserting causes of action for:

26       • Copyright Infringement in violation of 17 U.S.C. §§ 106 and 501
27   against John Doe 1 (HiSlut.com), John Doe 2 (MyHotBook.com), and John Doe 3
28   (TheHotLoop.com) (**COUNT I**);

1         •  False Designation of Origin in violation of 15 U.S.C. § 1125 against

2 John Doe 1 (HiSlut.com), John Doe 2 (MyHotBook.com), and John Doe 3

3 (TheHotLoop.com) **(COUNT II)**;

4         •  False Designation of Origin in violation of 15 U.S.C. § 1125 against

5 John Doe 4   (Slutload.com),   John Doe 5 (YouJizz.com), and SNTS

6 (HardSexTube.com) **(COUNT III);** and

7         •  Contributory False Designation of Origin in violation of 15 U.S.C.

8 § 1125 against John Doe 1 (HiSlut.com), John Doe 2 (MyHotBook.com), and John

9 Doe 3 (TheHotLoop.com) based upon their actions assisting John Doe Defendants

10 4-5 and SNTS infringe Plaintiffs' rights by falsely designating Plaintiffs' motion

11 pictures as originating from a source other than Plaintiff **(COUNT IV).**

12 **PARTIES**

13     4.     Plaintiff, Ventura Content, Ltd., is a company organized and existing

14 under the laws of the country of Anguilla, with its principal place of business in

15 Anguilla.

16     5.     Plaintiff, Vista Distribution, Ltd., is a company organized and existing

17 under the laws of the country of Anguilla, with its principal place of business in

18 Anguilla.

19     6.     Defendant, John Doe 1, owns the domain name www.hislut.com on

20 which a website is operated. A Whois search for hislut.com indicates the registrant

21 is:

22         Protected Domain Services - Customer ID: NCR-2905425
        P.O. Box 6197

23         Denver, CO 80206
        Phone:     +1.7202492374

24         Email Address: hislut.com@protecteddomainservices.com

25     7.     Protected Domain Services ("PDS") is a company that acts as the

26 registrant of domain names so that the individual or business using the domain name

27 may remain anonymous. PDS has the records necessary to correlate Defendant,

28 John Doe 1, to a real person or entity.

8.     Defendant, John Doe 2, owns the domain name www.myhotbook.com on which a website is operated.  A Whois search for myhotbook.com indicates the registrant is:

> DomainsByProxy.com
> 15111 N. Hayden Rd., Ste 160, PMB 353
> Scottsdale, Arizona 85260
> United States

9.     Domains by Proxy ("DBP") is a company that acts as the registrant of domain names so that the individual or business using the domain name may remain anonymous.   DBP has the records necessary to correlate Defendant, John Doe 2, to a real person or entity.

10.    Defendant, John Doe 3, owns the domain name www.thehotloop.com on which a website is operated.  A Whois search for thehotloop.com indicates that the registrant is:

> DomainsByProxy.com
> 15111 N. Hayden Rd., Ste 160, PMB 353
> Scottsdale, Arizona 85260
> United States

11.    DBP has the records necessary to correlate Defendant, John Doe 3, to a real person or entity.

12.    Defendant, John Doe 4 owns the domain name www.slutload.com on which a website is displayed.  A Whois search for slutload.com indicates that the registrant is:

> DomainsByProxy.com
> 15111 N. Hayden Rd., Ste 160, PMB 353
> Scottsdale, Arizona 85260
> United States

13.    DBP has the records necessary to correlate Defendant, John Doe 4, to a real person or entity.

14.    Defendant, John Doe 5 owns the domain name www.youjizz.com on which a website is operated.   A Whois search for youjizz.com indicates that the registrant is:

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

15. DBP has the records necessary to correlate Defendant, John Doe 5, to a real person or entity.

16. Defendant, SNTS INVEST KFT owns the domain name www.hardsextube.com on which a website is operated. A Whois search indicates SNTS's address is: Szent Laszlo ter 24. B lph l/1,Budapest, HU 1102.

## JURISDICTION AND VENUE

17. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

18. Pursuant to Cal. Civ. Proc. Code § 410.10, this Court has personal jurisdiction over each Defendant because: (a) each Defendant committed the tortious conduct alleged in this Complaint in the State of California, (b) each Defendant resides in the State of California, and/or (b) each Defendant has engaged in continuous and systematic business activity in the State of California. Regarding the tortious conduct, the original infringement occurred when the Defendants copied Plaintiff's material from computer servers located in California. Additionally, each of the Defendant's is actively selling advertising on their websites directed to California citizens, providing goods (including infringing motion pictures) and services to California citizens, and entering into contracts with California citizens for the purchase and sale of infringing motion pictures and other adult content and services. Finally, each of the Defendant's is distributing misbranded copyrighted work to residents of California.

19. Alternatively, this Court may properly exercise personal jurisdiction over any particular Defendant, pursuant to Fed.R.Civ.P. 4(k), because while that particular Defendant may not be subject to jurisdiction in any state's courts of

1 general jurisdiction exercising jurisdiction is nevertheless consistent with the United

2 States' Constitution and laws.

3     20.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b),

4 because: (a) a substantial part of the events or omissions giving rise to the claims

5 occurred in this District; and/or (b) a Defendant resides (and therefore can be found)

6 in this District, and all of the Defendants reside in this State.  Additionally, venue is

7 proper in this District pursuant to 28 U.S.C. § 1400(a) (venue for copyright cases)

8 because each Defendant or each Defendant's agent resides or may be found in this

9 District.

10 **GENERAL ALLEGATIONS**

11   I. **Plaintiffs' Business**

12     A.    **Ventura Owns the Copyrights**

13     21.    Since its inception, Ventura has invested millions of dollars in

14 producing, licensing, distributing and promoting high quality, professionally-made

15 adult motion pictures for its customers. Ventura owns numerous copyrights and is

16 one of the leading companies in the adult video industry.

17     22.    Ventura is the owner of the copyrights at issue in this litigation, all of

18 which have been registered by the United States Copyright Office in accordance

19 with the provisions of the United States Copyright Act.

20     23.    A list of the copyrighted works infringed by Defendants is attached to

21 this Complaint as Exhibit "A."  Plaintiff reserves the right to add to this list as it

22 discovers additional misbranded movies.

23     B.    **Vista Owns the Trademark and Licenses it to Ventura**

24     24.    Vista owns the trademark PINK VISUAL (U.S. Trademark

25 Registration No. 3359485) (the "Trademark").

26     25.    Vista has invested millions of dollars in branding the mark PINK

27 VISUAL. Vista monitors its mark to ensure that it is only used with adult content

28 associated with high quality, reputable companies.

26.    Vista has expended substantial amounts in the marketing and promotion of PINK VISUAL-branded videos and websites.

27.    As a result of this investment, members of the purchasing public in and throughout the United States and abroad have come to identify and associate the trademark PINK VISUAL with Plaintiffs and their merchandise.   Thus, Plaintiffs have obtained common law rights in and to the Trademark.

28.    Vista licenses the use of the mark PINK VISUAL to its affiliates, including Ventura.

**C.    Directly and Through Affiliated Companies, Ventura Creates and Distributes PINK VISUAL-Branded Motion Pictures**

29.    Directly and through affiliated companies, Ventura creates and distributes PINK VISUAL-branded motion pictures.

30.    Ventura's copyrighted works are distributed in and throughout the United States via: (a) websites which are owned and operated by companies affiliated with Ventura (such as www.pinkvisual.com, www.pinkvisualpass.com, and www.ipinkvisualpass.com), (b) a small number of other authorized internet distribution channels; (c) authorized websites optimized for access via cell phones and other mobile devices; (d) DVDs and other video formats; and (e) by telecast on pay-per-view television systems.

31.    Ventura's distributors generate advertising and subscription revenue, as well as other benefits, from the internet traffic created by the distribution of PINK VISUAL-branded video content.

**II. Plaintiffs' Anti-Infringement Activities**

32.    In order to further protect their investment in their copyrighted works and Trademark, Plaintiffs engage in, among others, the following anti-infringement activities:

A.    Plaintiffs place a watermark containing the PINK VISUAL trademark on the works sold on their affiliate websites;

B.     Through Vobile, Inc. ("Vobile"), Ventura combats online piracy through the use of digital fingerprinting and tracking technology; and

C.     Plaintiffs also directly and through various vendors, monitor the internet for infringements and misuse of their Trademark, and send cease and desist and DMCA Notices of Copyright Infringement to pirates.

## III.   Defendants' Infringement Upon Ventura's Copyrights and Vista's Trademark

### A.     HiSlut.com , MyHotBook.com and TheHotLoop.com

33.   John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com) removed the watermark containing the PINK VISUAL trademark from Plaintiffs' copyrighted motion pictures and replaced it with Defendants' watermarks and trademarks.

34.   Screenshots demonstrating a watermark containing the PINK VISUAL trademark on Plaintiffs' original streaming and downloaded content are set forth as Examples "1" and "2," respectively, on Composite Exhibit "B," attached hereto.

35.   Contrastingly,     screenshots     demonstrating     HiSlut.com's, MyHotBook.com's and TheHotLoop.com's removal and replacement of the PINK VISUAL watermark with their watermarks are set forth as Examples "3," "4" and "5," respectively, on Composite Exhibit B.

36.   Without the authorization, permission or consent of Plaintiffs, John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com) thus infringed upon Ventura's copyrights by creating derivative works of Plaintiffs' motion pictures, and Vista's trademark rights by reproducing and distributing such works on the websites of co-Defendants, Slutload.com, YouJizz.com and SNTS a/k/a HardSexTube.com.  These actions were taken so that John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com) could present Plaintiffs' copyrighted works as originating from them.

1    37.   The derivative works created by John Does 1-3 (HiSlut.com,

2    MyHotBook.com and TheHotLoop.com) contain exact copies of the constituent

3    elements of the original works, the copyrights to which are owned by Ventura.

4    38.   Ventura did not authorize John Does 1-3 (HiSlut.com,

5    MyHotBook.com and TheHotLoop.com) to create derivative works or copy the

6    constituent elements of its copyrighted works.

7    39.   HiSlut.com's, MyHotBook.com's and TheHotLoop.com's removal and

8    replacement of the PINK VISUAL trademark, and their illicit reproduction and

9    distribution of Ventura's copyrighted works, has caused Vista's Trademark to be

10   separated from Plaintiff's works as seen by end users, thereby causing reputational

11   and economic harm to Plaintiffs, and conferring ill-begotten benefits upon

12   Defendants.

13   **B.    Slutload.com, YouJizz.com and HardSexTube.com's False**
14   **Designation of Origin**

15   40.   Attached hereto as Examples 3, 4 and 5 on Composite Exhibit B are

16   screenshots demonstrating HiSlut.com's, MyHotBook.com's and

17   TheHotLoop.com's reproduction and distribution of Plaintiffs' motion picture works

18   on the websites of co-Defendants, Slutload.com, YouJizz.com and SNTS a/k/a

19   HardSexTube.com.

20   41.   Without the authorization, permission or consent of Plaintiffs, John

21   Doe Defendants 4-5 (Slutload.com, YouJizz.com) and SNTS (HardSexTube.com)

22   have publically displayed and distributed Plaintiffs' copyrighted works—bearing

23   Defendants' watermarks and trademarks—on their websites. *See* Composite Exhibit

24   B.

25   42.   Slutload.com's, YouJizz.com's and HardSexTube.com's use and

26   distribution in commerce of Plaintiffs' works thus constitutes a false designation of

27   origin, or a false or misleading description or representation of fact, insofar as

28

1   Plaintiffs' works are presented to the end users of Defendants' websites as having
2   originated from one or more of John Doe Defendants 1-3, as opposed to Plaintiffs.

3       43.    Slutload.com's, YouJizz.com's and HardSexTube.com's distribution of
4   misbranded copyrighted motion pictures is likely to cause confusion in the minds of
5   consumers as to the source or origin of Plaintiff's copyrighted motion pictures.

6       44.    John Doe Defendants 4-5 (Slutload.com, YouJizz.com) and SNTS
7   (HardSexTube.com) distributed the misbranded copyrighted motion pictures despite
8   having full knowledge of Plaintiffs' ownership of the copyrights.

9       45.    The actions of John Doe Defendants 4-5 (Slutload.com, YouJizz.com)
10  and SNTS (HardSexTube.com) demonstrate that they have intentionally and
11  deliberately infringed Plaintiffs' rights by distributing copyrighted motion pictures
12  bearing a false designation of source or origin.

13  **IV.   Miscellaneous, Conditions Precedent and Attorney's Fees**

14      46.    Plaintiffs are suffering irreparable injury and damages as a result of
15  Defendants' conduct, including, but not limited to, loss of control over the quality of
16  promotions, goods and services bearing the Trademark, and loss of royalties, sales,
17  and revenue.

18      47.    All conditions precedents to the institution, maintenance and
19  prosecution of this action have occurred have been performed or have otherwise
20  been waived.

21      48.    Plaintiffs have retained undersigned counsel to represent them in this
22  matter, and are obligated to pay said counsel a reasonable fee for its services.
23  Plaintiffs are entitled to recover the attorneys' fees and costs incurred in this matter
24  pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117.

25

26

27

28

1

2

3

4

5

**COUNT I**
**Copyright Infringement**
**Violation of 17 U.S.C. §§ 106 and 501**
**(Ventura Content, Ltd. vs. HiSlut.com, MyHotBook.com and**
**TheHotLoop.com)**

6    49.    The allegations contained in paragraphs 1 through 48 are hereby re-

7  alleged as if fully set forth herein.

8    50.    Plaintiff, Ventura, is the holder of the copyright in and to the registered

9  copyrighted works at issue in this litigation, as set forth on Exhibit A.

10    51.    John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and

11  TheHotLoop.com) copied the constituent elements of the copyrighted works,

12  created derivative works thereof, and reproduced, distributed and performed such

13  works on the websites of co-Defendants, Slutload.com, YouJizz.com and SNTS

14  a/k/a HardSexTube.com.

15    52.    Ventura Content did not authorize, permit or consent to the copying of

16  its copyrighted works by John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com

17  and TheHotLoop.com.)

18    53.    As a result of the foregoing, John Doe Defendants 1-3 (HiSlut.com,

19  MyHotBook.com and TheHotLoop.com) infringed upon Ventura's exclusive right

20  to:

21    (A)    Reproduce the copyrighted works in copies, in violation of 17 U.S.C.

22  §§ 106(1) and 501;

23    (B)    Prepare derivative works based upon the copyrighted works, in

24  violation of 17 U.S.C. §§ 106(2) and 501;

25    (C)    Distribute copies of the copyrighted works to the public by sale or other

26  transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§

27  106(3) and 501; and

28    (D)    Perform the copyrighted works publicly, in violation of 17 U.S.C. §§

1  106(4) and 501, by showing the works' images in any sequence and/or by making

2  the sounds accompanying the works audible and transmitting said performance of

3  the works, by means of a device or process, to members of the public capable of

4  receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and

5  "publically" perform).

6      54.    Each of the infringements committed by John Doe Defendants 1-3

7  (HiSlut.com, MyHotBook.com and TheHotLoop.com) was committed "willfully"

8  within the meaning of 17 U.S.C. § 504(c)(2).

9      55.    Ventura has suffered actual damages that were proximately caused by

10  the acts of infringement of John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com

11  and TheHotLoop.com), including lost sales, price erosion and a diminution of the

12  value of its copyrights.

13      **WHEREFORE,** Plaintiff, Ventura, respectfully requests that this Court enter

14  judgment in favor of Ventura and against John Doe Defendants 1-3 (HiSlut.com,

15  MyHotBook.com and TheHotLoop.com):

16      (A)    Permanently enjoining John Doe Defendants 1-3 (HiSlut.com,

17  MyHotBook.com and TheHotLoop.com), and their successors, assigns, officers,

18  agents, servants, employees, attorneys or representatives, and any parties in active

19  concert or participation with them from, directly or indirectly, continuing to infringe

20  Ventura's copyrighted works;

21      (B)    Ordering that John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com

22  and TheHotLoop.com), and their successors, assigns, officers, agents, servants,

23  employees, attorneys or representatives, and any parties in active concert or

24  participation with them, delete and permanently remove any and all copies of

25  Ventura's copyrighted works from their computers and websites;

26      (C)    Awarding Ventura the greater of either Ventura's actual damages and

27  any additional profits of John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com

28  and TheHotLoop.com) pursuant to 17 U.S.C. § 504 (a)-(b); or statutory damages in

1   the amount of $150,000 per work infringed per Defendant pursuant to 17 U.S.C. §

2   504 (a) and (c);

3       (D)   Awarding Ventura its reasonable attorneys' fees and costs pursuant to

4   17 U.S.C. § 505; and

5       (E)   Granting Ventura such other and further relief as the Court deems just

6   and proper.

### COUNT II
### False Designation of Origin
### Violation of 15 U.S.C. § 1125
### (Vista vs. HiSlut.com, MyHotBook.com and TheHotLoop.com)

10  56.   The allegations contained in paragraphs 1 through 48 are hereby re-

11  alleged as if fully set forth herein.

12  57.   In violation of 15 U.S.C. § 1125(a), John Doe Defendants 1-3's

13  (MyHotBook.com's, HiSlut.com's and TheHotLoop.com) reverse palming off and

14  distribution of Plaintiffs' misbranded motion pictures constitutes a false designation

15  of origin, or a false or misleading description or representation of fact, which is

16  likely to cause confusion, mistake or deceive consumers as to the source or origin of

17  the copyrighted motion pictures or Defendants' association with Vista, or Vista's

18  sponsorship or approval of the Defendants' misbranding and distribution of the

19  copyrighted motion pictures.

20  58.   Vista cannot control the nature and quality of the goods, services or

21  commercial activities offered by John Doe Defendants 1-3 (HiSlut.com,

22  MyHotBook.com and TheHotLoop.com), and any failure, neglect or default by

23  Defendants in providing same will and does reflect adversely on Vista as their

24  believed source or origin, thus hampering efforts by Vista to protect its reputation,

25  and resulting in loss of sales, a diminution in Vista's reputation, and/or the need for

26  considerable expenditures to promote its goods, services or commercial activities

27  under its trademark PINK VISUAL, all to the irreparable harm of Vista.

28

59. Vista's damages are continuing, and additional injury and damage to Vista will continue to occur so long as the above-alleged unauthorized and infringing use by John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com) persists.

60. The infringement by John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com) is willful and deliberate, has resulted in gains, profits and advantages to Defendants, and is designed specifically to trade upon the enormous goodwill associated with Vista's PINK VISUAL trademark and/or on Plaintiff's labor associated with creating the movies.

61. Vista does not have an adequate remedy at law.

**WHEREFORE**, Plaintiff, Vista, respectfully requests that this Court enter judgment in favor of Vista and against John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com):

(A) Permanently enjoining John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com), and their successors, assigns, officers, agents, servants, employees, attorneys or representatives, and any parties in active concert or participation with them from, directly or indirectly, importing, exporting, distributing, manufacturing, promoting, advertising, selling or offering for sale, any product or service under a mark which incorporates the mark PINK VISUAL, or any other mark that is confusingly similar thereto;

(B) Permanently enjoining John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com), and their successors, assigns, officers, agents, servants, employees, attorneys or representatives, and any parties in active concert or participation with them from, directly or indirectly, removing the PINK VISUAL mark from Ventura's copyrighted motion pictures or placing one of their watermarks or trademarks on one of Ventura's copyrighted motion pictures;

(C) Ordering John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com) to turn over to Vista all goods, labels, signs, prints, packages,

1  wrappers, receptacles, documents, advertisements, letterhead, business cards or

2  other promotional materials in their possession or under their control bearing a mark

3  that incorporates the term PINK VISUAL, or any other mark that is confusingly

4  similar thereto;

5     (D)   Ordering John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and

6  TheHotLoop.com) to turn over to Vista or permanently delete all computer files,

7  goods, labels, signs, prints, packages, wrappers, receptacles, documents,

8  advertisements, letterhead, business cards or other promotional materials in their

9  possession or under their control that comprise a misbranded movie or which are

10 used in association with the sale or distribution of a misbranded copyrighted movie;

11    (E)   Awarding Vista three times the amount of Defendants' ill-gotten profits

12 or three times the amount of Vista's damages, whichever amount is greater;

13    (F)   Awarding Vista compensatory damages under 15 U.S.C. § 1117;

14    (G)   Awarding Vista statutory damages under 15 U.S.C. § 1117;

15    (H)   Awarding Vista its attorneys' fees and costs incurred in this action

16 under 15 U.S.C. § 1117; and

17    (I)   Granting Vista such other and further relief as the Court deems just and

18 proper.

## COUNT III
### False Designation of Origin
### Violation of 15 U.S.C. § 1125
### (Vista vs. Slutload.com, YouJizz.com and HardSexTube.com)

22 62.   The allegations contained in paragraphs 1 through 48 are hereby re-

23 alleged as if fully set forth herein.

24 63.   In violation of 15 U.S.C. § 1125(a), John Doe Defendants 4-5

25 (Slutload.com, YouJizz.com) and SNTS (a/k/a HardSexTube.com) distributed

26 copyrighted motion pictures via the internet bearing a false designation of origin

27 which is likely to cause confusion, mistake or deceive consumers as to the source or

28

1  origin of the copyrighted motion pictures or Defendants' association with Vista, or

2  Vista's sponsorship or approval of the Defendants' distribution of the misbranded

3  copyrighted motion pictures.

4       64.    Vista cannot control the nature and quality of the goods, services or

5  commercial activities offered by John Doe Defendants 4-5 (Slutload.com,

6  YouJizz.com) and SNTS (a/k/a HardSexTube.com), and any failure, neglect or

7  default by Defendants in providing same will and does reflect adversely on Vista as

8  their believed source or origin, thus hampering efforts by Vista to protect its

9  reputation, and resulting in loss of sales, a diminution in Vista's reputation, and/or

10  the need for considerable expenditures to promote its goods, services or commercial

11  activities under its Trademark, all to the irreparable harm of Vista.

12       65.    Vista's damages are continuing, and additional injury and damage to

13  Vista will continue to occur so long as the above-alleged unauthorized and

14  infringing use by John Doe Defendants 4-5 (Slutload.com, YouJizz.com) and SNTS

15  (a/k/a HardSexTube.com) persists.

16       66.    The infringement by John Doe Defendants 4-5 (Slutload.com,

17  YouJizz.com) and SNTS (a/k/a HardSexTube.com) is willful and deliberate, has

18  resulted in gains, profits and advantages to Defendants, and is designed specifically

19  to trade upon the enormous goodwill associated with the Trademark and/or

20  Plaintiff's labor associated with creating the movies.

21       67.    Vista does not have an adequate remedy at law.

22      **WHEREFORE,** Plaintiff, Vista, respectfully requests that this Court enter

23  judgment in favor of Vista and against John Doe Defendants 4-5 (Slutload.com,

24  YouJizz.com) and SNTS (a/k/a HardSexTube.com):

25      (A)    Permanently enjoining John Doe Defendants 4-5 (Slutload.com,

26  YouJizz.com) and SNTS (a/k/a HardSexTube.com), and their successors, assigns,

27  officers, agents, servants, employees, attorneys or representatives, and any parties in

28  active concert or participation with them from, directly or indirectly, importing,

1   exporting, distributing, manufacturing, promoting, advertising, selling or offering

2   for sale, any product or service under a mark which incorporates the terms PINK

3   VISUAL, or any other mark that is confusingly similar thereto;

4         (B)    Permanently      enjoining     John     Doe     Defendants    4-5

5   (Slutload.com,YouJizz.com) and SNTS (a/k/a HardSexTube.com) and their

6   successors, assigns, officers, agents, servants, employees, attorneys or

7   representatives, and any parties in active concert or participation with them from,

8   directly or indirectly, removing the PINK VISUAL mark from Ventura's

9   copyrighted motion pictures, or placing one of their watermarks or trademarks on

10   one of Ventura's copyrighted motion pictures;

11         (C)    Permanently enjoining John Doe Defendants 4-5 (Slutload.com,

12   YouJizz.com) and SNTS (a/k/a HardSexTube.com) and their successors, assigns,

13   officers, agents, servants, employees, attorneys or representatives, and any parties in

14   active concert or participation with them, from distributing one of Ventura's

15   copyrighted motion pictures which has been misbranded by the removal and

16   replacement of Plaintiff's watermark and trademark;

17         (D)    Ordering John Doe Defendants 4-5 (Slutload.com, YouJizz.com) and

18   SNTS (a/k/a HardSexTube.com) to turn over to Vista or permanently delete and

19   destroy all computer files, goods, labels, signs, prints, packages, wrappers,

20   receptacles, documents, advertisements, letterhead, business cards or other

21   promotional materials in their possession or under their control bearing a mark that

22   incorporates the term PINK VISUAL, or any other mark that is confusingly similar

23   thereto;

24         (E)    Ordering John Doe Defendants 4-5 (Slutload.com, YouJizz.com) and

25   SNTS (a/k/a HardSexTube.com)  to turn over to Vista or permanently delete all

26   computer files, goods, labels, signs, prints, packages, wrappers, receptacles,

27   documents, advertisements, letterhead, business cards or other promotional

28   materials in their possession or under their control that comprise a misbranded

1    motion picture or which are used in association with the sale or distribution of a

2    misbranded copyrighted picture;

3         (F)    Permanently enjoining John Doe Defendants 4-5 (Slutload.com,

4    YouJizz.com) and SNTS (a/k/a HardSexTube.com), and their successors, assigns,

5    officers, agents, servants, employees, attorneys or representatives, and any parties in

6    active concert or participation with them, from using any reference to the term PINK

7    VISUAL, or any other mark that is confusingly similar to Vista's Trademark, on

8    their websites;

9         (G)    Awarding Vista three times the amount of Defendants' ill-gotten profits

10   or three times the amount of Vista's damages, whichever amount is greater;

11        (H)    Awarding Vista compensatory damages under 15 U.S.C. § 1117;

12        (I)    Awarding Vista statutory damages under 15 U.S.C. § 1117;

13        (J)    Awarding Vista its attorneys' fees and costs incurred in this action

14   under 15 U.S.C. § 1117;

15        (K)    Granting Vista such other and further relief as the Court deems just and

16   proper.

17                          **COUNT IV**
                **Contributory False Designation of Origin**
18              **Violation of 15 U.S.C. § 1125**
          **(Vista vs. HiSlut.com, MyHotBook.com and TheHotLoop.com)**
19

20   68.    The allegations contained in paragraphs 1 through 48 are hereby re-

21   alleged as if fully set forth herein.

22   69.    The above actions of John Doe Defendants 1-3 (HiSlut.com,

23   MyHotBook.com and TheHotLoop.com) and, specifically, their participation in the

24   distribution of Plaintiffs' works lacking Plaintiffs' Trademark on the websites

25   owned by co-Defendants John Does 4-5 (Slutload.com, YouJizz.com) and SNTS

26   (a/k/a HardSexTube.com), constitutes contributory false designation of origin in

27   violation of federal law.

28

70.     Each act of contributory false designation of origin has resulted in loss of sales, a diminution in Plaintiff's reputation, and/or the need for considerable expenditures to promote its goods, services or commercial activities under its marks, all to the irreparable harm of Plaintiff.

71.     Plaintiff's damages are continuing, and additional injury and damage to Plaintiff will continue to occur so long as each of the Defendant's above-alleged unauthorized and confusing uses persists.

72.     Each of the Defendant's contributory false designations of origin is willful and deliberate, has resulted in gains, profits and advantages to Defendants, and is designed specifically to trade upon the goodwill associated with the PINK VISUAL mark or Plaintiff's labor associated with creating the movies.

73.     Plaintiff does not have an adequate remedy at law.

**WHEREFORE,** Plaintiff, Vista, respectfully requests that this Court enter judgment in favor of Vista and against John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com):

(A)     Permanently enjoining John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com), and their successors, assigns, officers, agents, servants, employees, attorneys or representatives, and any parties in active concert or participation with them from, directly or indirectly, importing, exporting, distributing, manufacturing, promoting, advertising, selling or offering for sale, any product or service under a mark which incorporates the terms PINK VISUAL, or any other mark that is confusingly similar thereto;

(B)     Permanently enjoining John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and TheHotLoop.com) and their successors, assigns, officers, agents, servants, employees, attorneys or representatives, and any parties in active concert or participation with them from, directly or indirectly, removing the PINK VISUAL mark from Ventura's copyrighted motion pictures, or placing one of their watermarks or trademarks on one of Ventura's copyrighted motion pictures;

1    (C)    Permanently enjoining John Doe Defendants 1-3 (HiSlut.com,

2    MyHotBook.com and TheHotLoop.com) and their successors, assigns, officers,

3    agents, servants, employees, attorneys or representatives, and any parties in active

4    concert or participation with them, from distributing one of Ventura's copyrighted

5    motion pictures which has been misbranded by the removal and replacement of

6    Plaintiffs' watermark and Trademark;

7    (D)    Ordering John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and

8    TheHotLoop.com) to turn over to Vista or permanently delete and destroy all

9    computer files, goods, labels, signs, prints, packages, wrappers, receptacles,

10   documents, advertisements, letterhead, business cards or other promotional

11   materials in their possession or under their control bearing a mark that incorporates

12   the term PINK VISUAL, or any other mark that is confusingly similar thereto;

13   (E)    Ordering John Doe Defendants 1-3 (HiSlut.com, MyHotBook.com and

14   TheHotLoop.com)  to turn over to Vista or permanently delete all computer files,

15   goods, labels, signs, prints, packages, wrappers, receptacles, documents,

16   advertisements, letterhead, business cards or other promotional materials in their

17   possession or under their control that comprise a misbranded motion picture or

18   which are used in association with the sale or distribution of a misbranded

19   copyrighted picture;

20   (F)    Permanently enjoining John Doe Defendants 1-3 (HiSlut.com,

21   MyHotBook.com and TheHotLoop.com), and their successors, assigns, officers,

22   agents, servants, employees, attorneys or representatives, and any parties in active

23   concert or participation with them, from using any reference to the term PINK

24   VISUAL, or any other mark that is confusingly similar thereto, on their websites;

25   (G)    Awarding Vista three times the amount of Defendants' ill-gotten profits

26   or three times the amount of Vista's damages, whichever amount is greater;

27   (H)    Awarding Vista compensatory damages under 15 U.S.C. § 1117;

28   (I)    Awarding Vista statutory damages under 15 U.S.C. § 1117;

1    (J)    Awarding Vista its attorneys' fees and costs incurred in this action
2  under 15 U.S.C. § 1117;

3    (K)    Granting Vista such other and further relief as the Court deems just and
4  proper.

5    DATED: May 15, 2012

6                                    Respectfully submitted,

7

8                                    **LIPSCOMB, EISENBERG & BAKER, PL**
9                                    *Attorneys for Plaintiffs*

10

11   By: _____
                                     Deborah B. Baker

# EXHIBIT A

| No. | Episode Id. | Copyright | Infringer | Site |
|-----|-------------|-----------|-----------|------|
| 1 | ASP006 | PA0001365208 | hislut.com | www.slutload.com |
| 2 | ASP028 | PA0001611332 | hislut.com | www.slutload.com |
| 3 | BBG011 | PA0001377150 | hislut.com | www.slutload.com |
| 4 | BES059 | PA0001383753 | hislut.com | www.slutload.com |
| 5 | BJR087 | PA0001676328 | hislut.com | www.hardsextube.com |
| 6 | BSB219 | PA0001676340 | hislut.com | www.slutload.com |
| 7 | BSB233 | PA0001646277 | hislut.com | www.slutload.com |
| 8 | CFMX003 | PA0001646276 | hislut.com | www.hardsextube.com |
| 9 | CFMX006 | PA0001649219 | myhotbook.com | www.slutload.com |
| 10 | CFMX033 | PA0001649219 | myhotbook.com | www.slutload.com |
| 11 | CFMX045 | PA0001649219 | myhotbook.com | www.slutload.com |
| 12 | CFMX049 | PA0001649219 | myhotbook.com | www.slutload.com |
|  | CFMX049 |  | myhotbook.com | www.slutload.com |
|  | CFMX049 |  | myhotbook.com | www.slutload.com |
|  | CFMX049 |  | myhotbook.com | www.slutload.com |
| 13 | CFMX050 | PA0001649219 | myhotbook.com | www.youjizz.com |
|  | CFMX050 |  | myhotbook.com | www.slutload.com |
| 14 | CST001 | PA0001365214 | hislut.com | www.hardsextube.com |
| 15 | CST008 | PA0001339094 | hislut.com | www.hardsextube.com |
| 16 | CST034 | PA0001382749 | hislut.com | www.hardsextube.com |
| 17 | CST044 | PA0001665253 | hislut.com | www.hardsextube.com |
| 18 | CST045 | PA0001382769 | hislut.com | www.slutload.com |
|  | CST045 |  | hislut.com | www.hardsextube.com |
| 19 | CST048 | PA0001382761 | hislut.com | www.hardsextube.com |
| 20 | CST065 | PA0001673981 | hislut.com | www.hardsextube.com |
| 21 | CST086 | PA0001677996 | hislut.com | www.youjizz.com |
| 22 | CST161 | PA0001649287 | hislut.com | www.hardsextube.com |
| 23 | CWP091 | PA0001664794 | myhotbook.com | www.slutload.com |
| 24 | CWP127 | PA0001664794 | myhotbook.com | www.slutload.com |
| 25 | EH104, EH171 | PA0001377158 | hislut.com | www.slutload.com |
| 26 | EH165 | PA0001377158 | hislut.com | www.slutload.com |
| 27 | EXH107 | PA0001676347 | hislut.com | www.hardsextube.com |
| 28 | EXH140 | PA0001678342 | hislut.com | www.slutload.com |
| 29 | FTS017 | PA0001344258 | hislut.com | www.hardsextube.com |
| 30 | GBJ001 | PA0001676312 | hislut.com | www.hardsextube.com |
| 31 | GBJ005 | PA0001670558 | myhotbook.com | www.slutload.com |
| 32 | GBJ014 | PA0001670558 | myhotbook.com | www.slutload.com |
| 33 | GBJ015 | PA0001670558 | myhotbook.com | www.slutload.com |
| 34 | GBS139 | PA0001611332 | hislut.com | www.slutload.com |
| 35 | GBS141 | PA0001383988 | hislut.com | www.youjizz.com |

| 36 | GBS144 | PA0001678340 | thehotloop.com | www.slutload.com |
| | GBS144 | | thehotloop.com | www.slutload.com |
| 37 | GBS148 | PA0001678340 | thehotloop.com | www.slutload.com |
| | GBS148 | | thehotloop.com | www.slutload.com |
| 38 | HBG014 | PA0001383720 | hislut.com | www.hardsextube.com |
| 39 | HCT026 | PA0001676342 | hislut.com | www.hardsextube.com |
| 40 | HFB281 | PA0001649287 | hislut.com | www.hardsextube.com |
| 41 | HFDP095 | PA0001649271 | myhotbook.com | www.youjizz.com |
| | HFDP095 | | myhotbook.com | www.slutload.com |
| 42 | HFDP113 | PA0001673971 | hislut.com | www.slutload.com |
| 43 | HFDP115 | PA0001649271 | myhotbook.com | www.youjizz.com |
| | HFDP115 | | myhotbook.com | www.slutload.com |
| 44 | HFDP131 | PA0001649271 | myhotbook.com | www.slutload.com |
| 45 | HFDP136 | PA0001649271 | myhotbook.com | www.youjizz.com |
| | HFDP136 | | myhotbook.com | www.slutload.com |
| 46 | HFDP143 | PA0001649271 | myhotbook.com | www.youjizz.com |
| | HFDP143 | | myhotbook.com | www.slutload.com |
| 47 | HFLS009 | PA0001614615 | hislut.com | www.slutload.com |
| 48 | HFLS038 | PA0001340324 | myhotbook.com | www.slutload.com |
| | HFLS038 | | hislut.com | www.slutload.com |
| 49 | HFLS176 | PA0001673993 | hislut.com | www.hardsextube.com |
| 50 | HWB008 | PA0001365199 | hislut.com | www.slutload.com |
| 51 | HWB010 | PA0001365199 | hislut.com | www.hardsextube.com |
| 52 | HWB029 | PA0001340323 | hislut.com | www.hardsextube.com |
| 53 | HWB036 | PA0001340323 | hislut.com | www.hardsextube.com |
| 54 | HWB040 | PA0001649291 | myhotbook.com | www.slutload.com |
| 55 | HWB051 | PA0001382830 | hislut.com | www.hardsextube.com |
| 56 | HWB069 | PA0001676417 | hislut.com | www.slutload.com |
| 57 | HWB072 | PA0001676355 | hislut.com | www.hardsextube.com |
| 58 | ICB008 | PA0001383743 | hislut.com | www.hardsextube.com |
| 59 | ICB012 | PA0001673995 | hislut.com | www.hardsextube.com |
| 60 | MS210 | PA0001382756 | hislut.com | www.slutload.com |
| 61 | MS303 | PA0001688085 | hislut.com | www.slutload.com |
| 62 | MSTG005 | PA0001676332 | hislut.com | www.hardsextube.com |
| 63 | OSP045 | PA0001664652 | myhotbook.com | www.slutload.com |
| 64 | OSP083 | PA0001676306 | myhotbook.com | www.slutload.com |
| 65 | SGP010 | PA0001344267 | hislut.com | www.slutload.com |
| 66 | SS067 | PA0001646280 | hislut.com | www.hardsextube.com |
| 67 | TAP014 | PA0001614613 | hislut.com | www.slutload.com |
| 68 | TAP026 | PA0001649174 | hislut.com | www.slutload.com |
| 69 | TFC196 | PA0001670550 | myhotbook.com | www.slutload.com |
| 70 | TFC199 | PA0001611332 | hislut.com | www.hardsextube.com |
| 71 | TFC216 | PA0001670550 | myhotbook.com | www.slutload.com |

| 72 | TFC218 | PA0001670550 | myhotbook.com | www.slutload.com |
|----|--------|--------------|---------------|------------------|
| 73 | TFC228 | PA0001670550 | myhotbook.com | www.slutload.com |
|    | TFC228 |              | myhotbook.com | www.slutload.com |
| 74 | TFC280 | PA0001665254 | myhotbook.com | www.slutload.com |
| 75 | TFC290 | PA0001665254 | myhotbook.com | www.slutload.com |
| 76 | TFC294 | PA0001665254 | myhotbook.com | www.slutload.com |
| 77 | TFC299 | PA0001676429 | hislut.com | www.hardsextube.com |
| 78 | VTL003 | PA0001676350 | hislut.com | www.slutload.com |
| 79 | VTL015 | PA0001676350 | hislut.com | www.slutload.com |
| 80 | WFT015 | PA0001365201 | hislut.com | www.hardsextube.com |
| 81 | WFT024 | PA0001344263 | hislut.com | www.hardsextube.com |
| 82 | WFT025 | PA0001344263 | hislut.com | www.slutload.com |
| 83 | WFT028 | PA0001383746 | hislut.com | www.hardsextube.com |
| 84 | WFT053 | PA0001611332 | hislut.com | www.hardsextube.com |
| 85 | WS027  | PA0001673990 | myhotbook.com | www.slutload.com |
|    | WS027  |              | myhotbook.com | www.slutload.com |
| 86 | WS035  | PA0001673990 | myhotbook.com | www.slutload.com |
| 87 | WS043  | PA0001673990 | myhotbook.com | www.slutload.com |
| 88 | WS050  | PA0001673990 | myhotbook.com | www.slutload.com |
| 89 | WS057  | PA0001673990 | myhotbook.com | www.youjizz.com |
|    | WS057  |              | myhotbook.com | www.slutload.com |

# COMPOSITE EXHIBIT B

Example 1: Pink Visual watermark on original streaming content:



Example 2: Pink Visual watermark on original downloaded content:



Example 3: HiSlut.com watermark on Plaintiffs' proprietary content:



Example 4: MyHotBook.com watermark on Plaintiffs' proprietary content:



Example 5: TheHotLoop.com watermark on Plaintiffs' proprietary content:



Note:  Sexually explicit text intentionally deleted by Plaintiffs.